UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DIVINE GARCIA,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

19 Cr. 187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for February 13, 2020, is ADJOURNED to **June 3, 2020**, at **1:30 p.m.**

    SO ORDERED.

Dated: February 4, 2020
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge