**WILLKIE FARR & GALLAGHER** LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020
```

-6099

May 20, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   United States v. Divine Garcia, No. 1:19-cr-00187

Dear Judge Torres,

We write on behalf of our client, Divine Garcia, to request an adjournment of the June 3, 2020 preliminary revocation hearing. Mr. Garcia's Utah proceedings, which are the basis for the proceedings before this Court, have been further adjourned until August 2020. Accordingly, we respectfully request that the Court adjourn the preliminary revocation hearing until September 2020.

This is the first request for an adjournment of the hearing. The Government consents to this request.

Respectfully submitted,

/s/ Michael S. Schachter

Michael S. Schachter

cc: Rebecca Dell, Esq. (by e-mail)

GRANTED. The preliminary revocation hearing scheduled for June 3, 2020 is ADJOURNED to **October 6, 2020**, at **2:00 p.m.**

SO ORDERED.

Dated: May 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge