```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES OF AMERICA,

        -against-

DIVINE GARCIA,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020
```

19 Cr. 187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for **December 8, 2020**, is ADJOURNED to **December 10, 2020**, at 2:00 p.m.  The hearing will be conducted in accordance with the Court's order at ECF No. 16.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge