UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DIVINE GARCIA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2020_

19 Cr. 187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The violation of supervised release hearing scheduled for **December 10, 2020**, is ADJOURNED to **December 15, 2020**, at **2:00 p.m**.  The hearing will be conducted in accordance with the Court's order at ECF No. 16.

       SO ORDERED.

Dated: December 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge