```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/15/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DIVINE GARCIA,

            Defendant.

19 Cr. 187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for **December 15, 2020**, is ADJOURNED to **January 28, 2021**, at **2:00 p.m**. Defendant's sentencing submission is due two weeks prior to the hearing. The Government's sentencing submission is due one week prior to the hearing. The hearing will be conducted in accordance with the Court's order at ECF No. 16.

    SO ORDERED.

Dated: December 15, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge