```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 187 (AT)

DIVINE GARCIA,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for **January 28, 2021**, is ADJOURNED to **February 4, 2021**, at **2:00 p.m**. The hearing will be conducted in accordance with the Court's order at ECF No. 16.

    SO ORDERED.

Dated: January 28, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge