```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

DIVINE GARCIA,

                             Defendant.

19 Cr. 187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of Defendant Divine Garcia's motion for early termination of supervised release. ECF No. 26. By **December 13, 2022**, the Government shall respond to Defendant's motion.

        SO ORDERED.

Dated: November 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge